**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

| | | |
|---|---|---|
| **Paul McAnally, et al.** | ) | |
| | ) | |
| **Plaintiff.** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 23-11593** |
| | ) | |
| **Alabama Plumbing Contractor LLC and Brent Vacarella,** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

| | | |
|---|---|---|
| **James May,** | ) | |
| | ) | |
| **Plaintiff.** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 23-11595** |
| | ) | |
| **Alabama Plumbing Contractor LLC and Brent Vacarella,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**APPELANTS' MOTION TO CONSOLIDATE CASES FOR APPEAL AND TO PERMIT AN ADDITIONAL THRTY PAGES TO SET OUT UNDISPUTED AND DISPUTED FACTS FOR ALL SIX APPELANTS**

COMES NOW, Scott Harwell, counsel for the Appellants, and hereby files this Motion to Consolidate Case Numbers 23-11593 and 23-11595 and to permit the six Appellants to exceed the normal briefing limits by thirty pages so all six can have their individual disputed and undisputed facts set out in the brief. As grounds,

the Appellants would show the Court the following:

1. The five Appellants/Plaintiffs in the McAnally case and Appellant/Plaintiff James May have identical factual and legal questions against the same Defendants.
2. The trial court inexplicably granted summary judgment against the five McAnally Plaintiffs based on a Motion for Summary Judgment that was filed in the May case
3. It would be in the best interests of judicial economy for both the Court and the parties if Case No. 23-11595 was consolidated with this appeal.
4. Because all six Appellants have individualized claims since the trial court erred by not certifying the case as a collective action, additional pages are needed to submit the most relevant disputed and undisputed facts.

WHEREFORE, PREMISES CONSIDERED, the Appellants request that case numbers 23-11593 and 11595 be consolidated with one another.

*/s/ Scott Harwell*
Scott Harwell
*Attorney for Appellants*

**OF COUNSEL:**
Harwell Law Firm LLC
16700 US 280, Suite C
Chelsea, AL 35043
(205) 999-1099
scott@harwelllaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of June, 2024, I have filed this pleading via the ECF system which will send notice to the Defendants' counsel of record.

Will Hancock

/s/ Scott Harwell
Of Counsel

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(C) because, even including the exempted documents, the entire document contains 475 words. This document also complies with the typeface requirements of Fed. R. App. 32(a)(5) and the type-style requirements of Fed R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Word in 14 point Times New Roman.

/s/ Scott Harwell
Attorney for Appellants
June 10, 2024

## CERTIFICATE OF INTERESTED PERSONS

COMES NOW, Scott Harwell, counsel for Appellants, and hereby files this

Certificate of Interested Persons pursuant to 11th Cir. R 26.1-1(a).

Alabama Plumbing Contractors, LLC
Clark, Todd
Hancock, William
Harwell, Michael S.
Hoffman, Donnie
Kirby, Jason
May, James
McAnally, Paul
Proctor, David

Simmons, Daniel
Simmons, Phillip "Blaine"
Vacarella, Brent
Vacarella, Vicki

*/s/ Scott Harwell*
Scott Harwell
*Attorney for Plaintiffs*

**OF COUNSEL:**
Harwell Law Firm LLC
16700 US 280, Suite C
Chelsea, AL 35043
(205) 999-1099
scott@harwelllaw.com